■ JAMES E. STIPES, II, Appellant, v HEINZ M. KOPF, Respondent. [680 NYS2d 175] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated November 13, 1997, which, *inter alia*, granted the defendant's motion for summary judgment dismissing the complaint based upon the plaintiff's failure to sustain a serious injury pursuant to Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The medical evidence submitted by the defendant made out a prima facie case that the plaintiff did not sustain a serious injury as defined by Insurance Law § 5102 (d). The medical evidence submitted by the plaintiff in opposition to the motion indicated that, at most, he sustained a "minor, mild or slight" limitation, which is insignificant within the meaning of the statute (*Licari v Elliott,* 57 NY2d 230, 236). Rosenblatt, J. P., O'Brien, Sullivan, Krausman and Florio, JJ., concur.